UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez**, <br><br> Plaintiff, <br><br> v. <br><br> **City of Pico Rivera**; and Does 1-10, <br><br> Defendants | Case No. 2:18-CV-09014-DSF-JC <br><br> **CONFIDENTIALITY PROTECTIVE ORDER** |

Pursuant to stipulation of the parties, it is hereby ordered that the provisions of their Stipulated Protective Order shall apply to all discovery in this litigation, to govern the use and dissemination of exchanged information, documents, and other tangible items designated as confidential information.

**IT IS SO ORDERED.**

Dated: **October 8, 2019**                                   _____/S/_____
                                                            Honorable Jacqueline Chooljian
                                                            UNITED STATES MAGISTRATE JUDGE

-1-